AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2012 AUG 14  PM 4: 18
CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| Janet Jenkins, for herself and as next of friend of Isabella Miller-Jenkins a/k/a Isabella Miller <br> *Plaintiff* <br> v. <br> Kenneth Miller, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 2:12-cv-184 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kenneth L. Miller
Stuarts Draft, VA

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Frank H. Langrock, Esq.
Langrock Sperry & Wool, LLP
111 South Pleasant Street
P.O. Drawer 351
Middlebury, VT 05753-0351

Sarah R. Star, Esq.
6 Mill Street
P.O. Box 106
Middlebury, VT 05753-0106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8-14-2012

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:12-cv-164

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Kenneth Miller**
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* **U.S. Dist Ct, Burlington VT**
on *(date)* **8/14/12** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ \_\_\_ for travel and $ \_\_\_ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **8/14/12**

*Server's signature*

**Sarah Star, Esq.**
*Printed name and title*

**6 Mill St PO Box 106
Middlebury VT 05753**
*Server's address*

Additional information regarding attempted service, etc: