UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| JANET JENKINS, for herself and as next friend of ISABELLA MILLER-JENKINS, a/k/a ISABELLA MILLER,<br>    Plaintiffs<br><br>            v.<br><br>KENNETH L. MILLER, LISA ANN MILLER f/k/a LISA MILLER-JENKINS,<br>TIMOTHY D. MILLER, ANDREW YODER, individually and as an agent for CHRISTIAN AID MINISTRIES, INC., CHRISTIAN AIDMINISTRIES, INC., RESPONSE UNLIMITED, INC., PHILIP ZODHIATES, individually and as an agent for RESPONSE UNLIMITED, INC., VICTORIA HYDEN, f/k/a VICTORIA ZODHIATES individually and as an agent for both RESPONSE UNLIMITED, INC., and LIBERTY UNIVERSITY, INC. and its related ministry THOMAS ROAD BAPTIST CHURCH, INC., LIBERTY UNIVERSITY, INC., and its related ministry THOMAS ROAD BAPTIST CHURCH, INC., LINDA M. WALL, individually and as agent for THOMAS ROAD BAPTIST CHURCH, INC., and DOUGLAS WRIGHT<br>    Defendants | CIVIL DOCKET NO: 2:12-cv-00184-wks |

## **MOTION FOR SERVICE BY UNITED STATES MARSHAL**

NOW COME Plaintiffs herein, by and through their attorneys, Sarah R. Star, Esq., Attorney and Counselor at Law, P.C., and Langrock Sperry & Wool, LLP, and hereby request that the Honorable Court order service on Defendant Linda Marie Wall pursuant to Federal Rule of Civil Procedure 4(c)(3), which provides that "At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court." Fed.R.Civ.P. 4(c)(3).

1

The reason for this request is that Plaintiffs have attempted service on Linda Wall by sheriff and by private process server and Defendant Wall has thus far eluded service. Hence, the Plaintiffs request that the Court order the United States Marshals to serve Defendant Wall.

DATED AT MIDDLEBURY, VERMONT this 8th day of November, 2012

/s/Sarah Star_____
Sarah Star, Esq.
Sarah R. Star, Esq., Attorney and Counselor at Law, P.C.
P.O. Box 106
Middlebury, VT 05753

/s/Fritz Langrock_____
Frank H. Langrock, Esq.
Langrock Sperry and Wool, LLP.
111 S. Pleasant Street PO Drawer 351
Middlebury, VT 05753-0351