UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JANET JENKINS, FOR HERSELF AND AS NEXT FRIEND OF ISABELLA MILLER-JENKINS, A/K/A ISABELLA MILLER,<br>    Plaintiffs,<br><br>v.<br><br>KENNETH L. MILLER, LISA ANN MILLER F/K/A LISA MILLER-JENKINS, TIMOTHY D. MILLER, ANDREW YODER, INDIVIDUALLY AND AS AN AGENT FOR CHRISTIAN AID MINISTRIES, INC., CHRISTIAN AID MINISTRIES, INC., RESPONSE UNLIMITED, INC., PHILIP ZODHIATES, VICTORIA HYDEN, F/K/A VICTORIA ZODHIATES INDIVIDUALLY AND AS AN AGENT FOR BOTH RESPONSE UNLIMITED, INC., AND LIBERTY UNIVERSITY AND ITS RELATED MINISTRY THOMAS ROAD BAPTIST CHURCH, INC., LIBERTY UNIVERSITY, AND ITS RELATED MINISTRY THOMAS ROAD BAPTIST CHURCH, INC., LINDA M. WALL, INDIVIDUALLY AND AS AGENT FOR THOMAS ROAD BAPTIST CHURCH, INC., AND DOUGLAS WRIGHT,<br>    Defendants. | Docket No. 2:12-cv-184-wks |

**PLAINTIFFS' MOTION TO AMEND COMPLAINT**

  NOW COME Plaintiffs by and through their attorneys, Langrock Sperry & Wool, LLP, and Sarah R. Star, Esq., Attorney and Counselor at Law, P.C., and hereby move to amend to file a Second Amended Complaint, as invited by the Court's order on the Defendants' Motions to Dismiss, dated October 24, 2013. The proposed Second Amended

Complaint is attached hereto as Exhibit 1. A redline comparing the Amended Complaint with the Second Amended Complaint is attached hereto as Exhibit 2.

Under F.R.C.P. 15(a)(2), Plaintiffs may amend their pleading with the Court's leave, and the Court should "freely give leave when justice so requires." F.R.C.P. 15(a)(2). Further, leave to amend "should not be denied unless there is evidence of undue delay, bad faith, undue prejudice to the non-movant, or futility." *Milanese v. Rust-Oleum Corp.*, 244 F.3d 104, 110 (2d Cir. 2001). This motion is brought within the time limit set by the Court in its October 24, 2013 order, and it proposes amendments in compliance with the rulings of the Court in the aforementioned order. Thus, there is no evidence of undue delay, bad faith, undue prejudice, or futility. Accordingly, Plaintiffs ask that the Court permit Plaintiffs to file a Second Amended Complaint.

DATED AT Middlebury, Vermont, this 11th day of December, 2013

LANGROCK SPERRY & WOOL, LLP

/s/ Katherine B. Kramer
Katherine B. Kramer, Esq.
PO Drawer 351, 111 S. Pleasant Street
Middlebury, VT 05753
kkramer@langrock.com
Phone: 802-388-6356

/s/ Sarah Star
Sarah Star, Esq.
Sarah R. Star Attorney and Counselor at Law, P.C.
P.O. Box 106
Middlebury, VT 05753

Attorneys for Plaintiffs

LANGROCK SPERRY & WOOL LLP

611989.1