**MANDATE**

D. Vt.
12-cv-184
Sessions, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of August, two thousand fourteen.

Present:
> Ralph K. Winter,
> Reena Raggi,
> Susan L. Carney,
>     *Circuit Judges.*

In re Response Unlimited, Inc., *et al.*,                    14-2557

> *Petitioners.*

Petitioners have filed a petition for a writ of mandamus. Upon due consideration, it is hereby ORDERED that the petition is DENIED because Petitioners have not demonstrated that exceptional circumstances warrant the requested relief. *See In re City of New York*, 607 F.3d 923, 932–33 (2d Cir. 2010).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/18/2014