UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JANET JENKINS, ET AL.,<br>Plaintiffs,<br><br>v.<br><br>KENNETH L. MILLER, ET AL.,<br>Defendants. | Docket No. 2:12-cv-00184-wks |

## CERTIFICATE OF SERVICE

I, Frank H. Langrock, counsel for Plaintiffs, Janet Jenkins, et al., hereby certify that on May 2, 2017, I caused a copy of the foregoing Revised Second Amended Complaint and Demand for Trial by Jury; Waiver of Service of Summons by Horatio Mihet, Esq. on Behalf of Defendants Liberty Counsel, Mathew D. Staver and Rena M. Lindevaldsen; Waiver of Service of Summons by Ritchie Berger, Esq. on Behalf of Defendant Liberty University to be served upon the following persons via First Class U.S. mail, postage prepaid.

Ritchie E. Berger, Esq.
Dinse, Knapp & McAndrew, P.C.
PO Box 988
Burlington, VT 05402-0988

Horatio Mihet, Esq.
Liberty Counsel
PO Box 540774
Orlando, FL 32854

Robert B. Hemley, Esq.
Gravel & Shea, P.C.
PO Box 369
Burlington, VT 05402-0369

Brooks G. McArthur, Esq.
Jarvis, McArthur & Williams, LLC
PO Box 902
Burlington, VT 05402-0902

696705.1

Norman C. Smith, Esq.
PO Box 24
Essex Junction, VT 05453-0024

Jeffrey A. Conrad, Esq.
Clymer & Conrad PC
408 W. Chestnut Street
Lancaster, PA 17603

DATED at Middlebury, Vermont this 2nd day of May, 2017.

LANGROCK SPERRY & WOOL, LLP

Frank H. Langrock, Esq.
111 South Pleasant Street
P.O. Drawer 351
Middlebury, VT 05753-0351
Email: flangrock@langrock.com
P: (802) 388-6356 | F: (802) 388-6149

**Attorneys for Plaintiffs**

696705.1