UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JANET JENKINS, for herself and as next friend of ISABELLA MILLER-JENKINS, a/k/a ISABELLA MILLER, <br><br>    Plaintiffs, <br><br>        v. <br><br> KENNETH L. MILLER, LISA ANN MILLER f/k/a LISA MILLER-JENKINS, TIMOTHY D. MILLER, RESPONSE UNLIMITED, INC., PHILIP ZODHIATES, individually and as an agent for RESPONSE UNLIMITED, INC., VICTORIA HYDEN, f/k/a VICTORIA ZODHIATES, individually and as an agent for RESPONSE UNLIMITED, INC., LINDA M. WALL, LIBERTY UNIVERSITY, INC., RENA M. LINDEVALDSEN, LIBERTY COUNSEL, LLC, <br><br>    Defendants. | Case No. 2:12-cv-184 |

**ORDER**

The proposed discovery schedule/order submitted to the Court on August 16, 2018 (ECF No. 320) is hereby **approved and ordered**. Commencement of discovery is effective on August 29, 2018, and discovery shall be completed within one year of that date. Initial disclosures shall be served no later than October 1, 2018.  The case shall be trial ready on December 2, 2019.

DATED at Burlington, in the District of Vermont, this 29th day of August, 2018.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge