# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| JANET JENKINS, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>KENNETH L. MILLER, et al.,<br><br>　　　　　　　Defendants. | No. 2:12-cv-184-WKS |

## DISCOVERY CERTIFICATE

I hereby certify that, on this date, a copy of non-party Christian Aid Ministries' production in response to Plaintiffs' subpoena, including copies of documents produced by Christian Aid Ministries but excluding those marked "CONFIDENTIAL," were served on the following counsel of record by email:

　　Norman C. Smith
　　Norman C. Smith, PC
　　76 Lincoln Street
　　P.O. Box 24
　　Essex Junction, VT 05453-0024
　　norman@normansmithlaw.com
　　*Counsel for Defendant Linda M. Wall*

　　Brooks G. McArthur
　　Jarvis, McArthur & Williams, LLC
　　95 St. Paul Street, Suite 2E
　　P.O. Box 902
　　Burlington, VT 05402-0902
　　bmcarthur@jarvismcarthur.com
　　*Counsel for Defendant Kenneth Miller*

Robert B. Hemley
Matthew B. Byrne
Norman C. Williams
Gravel & Shea PC
76 St. Paul Street, 7th Floor
P.O. Box 369
Burlington, VT 05402-0369
rhemley@gravelshea.com
mbyrne@gravelshea.com
nwilliams@gravelshea.com
*Counsel for Defendants Philip Zodhiates, Victoria Hyden, and Response Unlimited, Inc.*

I further certify that copies were served on the following counsel of record by U.S. mail:

Horatio G. Mihet
Roger K. Gannam
Daniel Joseph Schmid
Liberty Counsel
P.O. Box 540774
Orlando, FL 32854
hmihet@lc.org
rgannam@lc.org
dschmid@lc.org
*Counsel for Defendants Liberty Counsel, Inc. and Rena M. Lindevaldsen*

Anthony R. Duprey
Neuse, Duprey & Putnam, PC
1 Cross Street
Middlebury, VT 05753-1445
anthony@ndp-law.com
*Counsel for Defendants Liberty Counsel, Inc. and Rena M. Lindevaldsen*

Michael J. Tierney
Wadleigh, Starr & Peters, PLLC
95 Market Street
Manchester, NH 03101
mtierney@wadleighlaw.com
*Counsel for Defendant Timothy D. Miller*

July 12, 2019

/s/
J. Tyler Clemons
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
tyler.clemons@splcenter.org
*Counsel for Plaintiffs*