UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

JANET JENKINS, et al.,

                Plaintiffs,

v.

KENNETH L. MILLER, et al.,

                Defendants.

No. 2:12-cv-184-WKS

**PLAINTIFF JANET JENKINS'S
MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT ONE AGAINST
DEFENDANTS PHILIP ZODHIATES, KENNETH MILLER, AND TIMOTHY MILLER**

Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, Plaintiff Janet Jenkins, through undersigned counsel, moves for partial summary judgment on Count 1 of the Revised Second Amended Complaint, ECF 223, against Defendants Philip Zodhiates, Kenneth Miller, and Timothy Miller for the reasons set forth in the accompanying memorandum in support.

In summary, Zodhiates's convictions for international parental kidnapping, conspiracy to commit international parental kidnapping, and aiding and abetting parental kidnapping in violation of 18 U.S.C. §§ 2, 371, and 1204, and Timothy Miller's conviction for conspiracy to commit international parental kidnapping in violation of 18 U.S.C. § 371, preclude them from relitigating all issues presented by Count 1, which claims that they are liable to Jenkins for the tort of intentional interference with parental rights under theories of civil conspiracy and civil aiding and abetting. Therefore, there is no genuine dispute as to any material fact and Plaintiff is entitled to judgment as a matter of law. *See* Fed. R. Civ. P. 56(a).

In the alternative, Plaintiff moves for partial summary judgment on all elements of Count 1 that Zodhiates and Timothy Miller are precluded from relitigating because of their criminal convictions. *See id.* ("A party may move for summary judgment, identifying each claim

or defense—*or the part of each claim* or defense—on which summary judgment is sought." (emphasis added)).

Kenneth Miller's conviction for aiding and abetting international parental kidnapping in violation of 18 U.S.C. §§ 2 and 1204 precludes him from relitigating the first two elements of Count 1, which claims that he is liable to Jenkins for the tort of intentional interference with parental rights under theories of civil conspiracy and civil aiding and abetting. Therefore, there is no genuine dispute as to any material fact and Plaintiff is entitled to judgment as a matter of law on the first two elements. *See id.*

## CONCLUSION

Plaintiff's motion for partial summary judgment should be granted.

December 13, 2019                                    Respectfully submitted.

/s/ Frank H. Langrock
Frank H. Langrock
Langrock Sperry & Wool, LLP
111 S. Pleasant Street
P.O. Drawer 351
Middlebury, Vermont 05753-0351
Phone: (802) 388-6356
Fax: (802) 388-6149
Email: flangrock@langrock.com

Sarah Star
Sarah Star, PL
P.O. Box 106
Middlebury, Vermont 05753
Phone: (802) 385-1023
Email: srs@sarahstarlaw.com

Diego A. Soto
Southern Poverty Law Center
400 Washington Avenue
Montgomery, Alabama 36104
Phone: (334) 956-8200
Fax: (334) 956-8481

Email: diego.soto@splcenter.org

J. Tyler Clemons
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Phone: (504) 526-1530
Fax: (504) 486-8947
Email: tyler.clemons@splcenter.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was served on the following counsel of record through the Court's CM/ECF system:

Brooks G. McArthur
Jarvis, McArthur & Williams, LLC
*Counsel for Defendant Kenneth L. Miller*

Horatio G. Mihet
Roger K. Gannam
Daniel Joseph Schmid
Liberty Counsel
*Counsel for Defendants Liberty Counsel, Inc. and
   Rena M. Lindevaldsen*

Anthony R. Duprey
Neuse, Duprey & Putnam, PC
*Counsel for Defendants Liberty Counsel, Inc. and
   Rena M. Lindevaldsen*

Norman C. Smith
Norman C. Smith, PC
*Counsel for Defendant Linda M. Wall*

Adam S. Hochschild
Hochschild Law Firm, LLC
*Counsel for Defendant Linda M. Wall*

Robert B. Hemley
Gravel & Shea PC
*Counsel for Defendants Philip Zodhiates, Victoria
   Hyden, and Response Unlimited, Inc.*

Michael J. Tierney
Wadleigh, Starr & Peters, PLLC
*Counsel for Defendant Timothy D. Miller*

December 13, 2019                   /s/ Diego A. Soto
                                                           Diego A. Soto
                                                           *Counsel for Plaintiffs*