UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

JANET JENKINS, et al.,

                Plaintiffs,

    v.                                     No. 2:12-cv-184-WKS

KENNETH L. MILLER, et al.,

                Defendants.

**STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF PLAINTIFF JANET JENKINS'S
MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNT ONE
AGAINST DEFENDANTS PHILIP ZODHIATES, KENNETH MILLER, AND
TIMOTHY MILLER**

Pursuant to Rule 56(c)(1) of the Federal Rules of Civil Procedure and Rule 56(a) of the Local Rules of the United States District Court for the District of Vermont, Plaintiff Janet Jenkins, through undersigned counsel, submits this statement of material facts that cannot be disputed in support of her motion for partial summary judgment on Count One against Defendants Philip Zodhiates, Kenneth Miller, and Timothy Miller:

**UNDISPUTED FACTS MATERIAL TO COUNT ONE AGAINST KENNETH MILLER**

1. On December 15, 2011, a grand jury impaneled in this Court returned a one-count indictment charging Kenneth Miller with aiding and abetting Lisa Miller in the removal of Isabella Miller-Jenkins from the United States with the intent to obstruct the lawful exercise of parental rights, in violation of 18 U.S.C. §§ 2, 1204. *See Kenneth L. Miller* Indictment, Ex. 7.

2. Exhibit 8 is a true and correct copy of the entirety of the Court's jury charge and is incorporated herein.

3.  The Rutland, Vermont Family Court ordered that Jenkins had the right to visitation with Isabella on numerous occasions starting in June 2004. *See, e.g.*, *Kenneth L. Miller* Gov't Ex. 5, Ex. 1; *Zodhiates* Gov't Ex. 13, Ex. 2.

4.  For example, on September 11, 2009, the court ordered unsupervised parent–child contact between Jenkins and Isabella from September 25, 2009, to September 27, 2009. *See Kenneth L. Miller* Gov't Ex. 12, Ex. 3; *Zodhiates* Gov't Ex. 20, Ex. 4.

5.  On November 20, 2009, the court granted Jenkins "sole physical and legal custody" of Isabella and ordered that Isabella be transferred to her on January 1, 2010. *See Kenneth L. Miller* Gov't Ex. 14, Ex. 5; *Zodhiates* Gov't Ex. 21, Ex. 6.

6.  The jury found Kenneth Miller guilty on August 14, 2012. *Kenneth L. Miller* Verdict Form, Ex. 9.

7.  The Court imposed its judgment on March 4, 2013. *Kenneth L. Miller* Judgment, Ex. 10.

8.  The United States Court of Appeals for the Second Circuit affirmed the conviction on December 16, 2015. *See United States v. Kenneth L. Miller*, 808 F.3d 607 (2d Cir. 2015); *see also Kenneth L. Miller* 2d Cir. Op., Ex. 11.

9.  The United States Court of Appeals for the Second Circuit issued the mandate on February 1, 2016. *See Kenneth L. Miller* 2d Cir. Mandate, Ex. 12.

10. Kenneth Miller did not petition the Supreme Court of the United States for a writ of certiorari. *See Kenneth L. Miller* 2d Cir. Docket Report at 5, Ex. 13.

**UNDISPUTED FACTS MATERIAL TO COUNT ONE AGAINST TIMOTHY MILLER**

11. On April 24, 2015, a grand jury impaneled in the United States District Court for the Western District of New York returned a two-count superseding indictment against Lisa

Miller, Philip Zodhiates, and Timothy Miller. *See Timothy Miller* Superseding Indictment, Ex. 14.

12. The first count ("the conspiracy count") charged each with conspiring to remove Isabella from the United States and to retain her outside the United States with intent to obstruct Jenkins's parental rights, in violation of 18 U.S.C. § 371. *See id.* at 1.

13. The second count ("the international parental kidnapping count") charged each with removing, and aiding and abetting the removal of, Isabella from the United States with intent to obstruct Jenkins's parental rights, in violation of 18 U.S.C. §§ 2, 1204. *See id.* at 3.

14. On November 30, 2016, Timothy Miller pleaded guilty to the conspiracy count. *Timothy Miller* Plea Agreement, Ex. 16.

15. Exhibit 16 is a true and correct copy of the entirety of Timothy Miller's plea agreement and is incorporated herein.

16. The Rutland, Vermont Family Court ordered that Jenkins had the right to visitation with Isabella on numerous occasions starting in June 2004. *See, e.g.*, *Kenneth L. Miller* Gov't Ex. 5, Ex. 1; *Zodhiates* Gov't Ex. 13, Ex. 2.

17. For example, on September 11, 2009, the court ordered unsupervised parent–child contact between Jenkins and Isabella from September 25, 2009, to September 27, 2009. *See Kenneth L. Miller* Gov't Ex. 12, Ex. 3; *Zodhiates* Gov't Ex. 20, Ex. 4.

18. The court imposed its judgment on March 23, 2017. *See Timothy Miller* Judgment at 2, Ex. 18.

19. Timothy Miller did not appeal his judgment of conviction. *See Timothy Miller* Docket Report at 7, Ex. 19.

**UNDISPUTED FACTS MATERIAL TO COUNT ONE AGAINST PHILIP ZODHIATES**

20. On April 24, 2015, a grand jury impaneled in the United States District Court for the Western District of New York returned a two-count superseding indictment against Lisa Miller, Philip Zodhiates, and Timothy Miller. *See Zodhiates* Indictment, Ex. 15.

21. The first count ("the conspiracy count") charged each with conspiring to remove Isabella from the United States and to retain her outside the United States with intent to obstruct Jenkins's parental rights, in violation of 18 U.S.C. § 371. *See id.* at 1.

22. The second count ("the international parental kidnapping count") charged each with removing, and aiding and abetting the removal of, Isabella from the United States with intent to obstruct Jenkins's parental rights, in violation of 18 U.S.C. §§ 2, 1204. *See id.* at 3.

23. Exhibit 20 is a true and correct copy of the entirety of the court's jury charge and is incorporated herein.

24. The Rutland, Vermont Family Court ordered that Jenkins had the right to visitation with Isabella on numerous occasions starting in June 2004. *See, e.g.*, *Kenneth L. Miller* Gov't Ex. 5, Ex. 1; *Zodhiates* Gov't Ex. 13, Ex. 2.

25. For example, on September 11, 2009, the court ordered unsupervised parent–child contact between Jenkins and Isabella from September 25, 2009, to September 27, 2009. *See Kenneth L. Miller* Gov't Ex. 12, Ex. 3; *Zodhiates* Gov't Ex. 20, Ex. 4.

26. The jury convicted Zodhiates on both counts of the superseding indictment on September 29, 2016. *See Zodhiates* Jury Verdict, Ex. 21.

27. The court imposed its judgment on March 22, 2017. *Zodhiates* Judgment at 1–2, Ex. 22.

28. The Second Circuit affirmed the conviction on August 21, 2018. *See United States v. Zodhiates*, 901 F.3d 137 (2d Cir. 2018); *see also Zodhiates* 2d Cir. Op., Ex. 23.

29. The Second Circuit issued the mandate on October 26, 2018. *See Zodhiates* 2d Cir. Mandate, Ex. 24.

30. The Supreme Court denied Zodhiates's petition for a writ of certiorari on February 25, 2019. *See Zodhiates v. United States*, 139 S. Ct. 1273 (2019); *see also* Feb. 25, 2019 Sup. Ct. Order List at 10, Ex. 25.

December 13, 2019                                   Respectfully submitted.

/s/ Frank H. Langrock
Frank H. Langrock
Langrock Sperry & Wool, LLP
111 S. Pleasant Street
P.O. Drawer 351
Middlebury, Vermont 05753-0351
Phone: (802) 388-6356
Fax: (802) 388-6149
Email: flangrock@langrock.com

Sarah Star
Sarah Star, PL
P.O. Box 106
Middlebury, Vermont 05753
Phone: (802) 385-1023
Email: srs@sarahstarlaw.com

Diego A. Soto
Southern Poverty Law Center
400 Washington Avenue
Montgomery, Alabama 36104
Phone: (334) 956-8200
Fax: (334) 956-8481
Email: diego.soto@splcenter.org

J. Tyler Clemons
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Phone: (504) 526-1530
Fax: (504) 486-8947
Email: tyler.clemons@splcenter.org

*Counsel for Plaintiffs*