```
                UNITED STATES DISTRICT COURT
                         FOR THE
                    DISTRICT OF VERMONT


JANET JENKINS                         :
                                      :
          v.                          :    Case No. 2:12-cr-184
                                      :
KENNETH L. MILLER ET. AL.,            :
                                      :
          Defendants.                 :
```

### ORDER: PLAINTIFFS' MOTION FOR CLARIFICATION OF the COURT'S JANUARY 7, 2020 ORDER(ECF 450)

Plaintiff Janet Jenkins, for herself and as next friend of her daughter Isabella Miller-Jenkins, has brought suit against several individuals and organizations, alleging that they kidnapped and conspired to kidnap Isabella. Plaintiffs assert claims of commission of, and conspiracy to, commit an intentional tort of kidnapping and conspiracy to violate civil rights under 42 U.S.C. § 1985(3).

Plaintiffs have filed a motion to clarify this Court's January 7, 2020 Order (ECF 450) that the parties submit one proposed modified discovery schedule to clarify the deadline by which that schedule must be submitted. Plaintiffs cite a lack of clarity in this previous Order as to whether the discovery schedule should be submitted within 60 days of Defendants' motion to stay discovery deadlines (by February 7, 2020) or

1

within 60 days of the Court's January 7th Order (by March 9, 2020).

This Court would like the parties to submit one proposed modified discovery schedule by March 9, 2020 (within 60 days of the Court's January 7th Order). This deadline should allow Defendants sufficient time to secure new counsel beforehand.

## CONCLUSION

Plaintiffs' motion for clarification of [450] the Court's January 7, 2020 order that the parties submit one proposed modified discovery schedule is **granted**. The parties are ordered **to submit one proposed modified discovery schedule on or before March 9, 2020**.

DATED at Burlington, in the District of Vermont, this 10th day of January, 2020.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge