UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| JANET JENKINS, et al., ) | |
| ) | Case No. 2:12-cv-184-WKS |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| KENNETH L. MILLER, et al., ) | |
| ) | |
| Defendants. ) | |

## DISCOVERY CERTIFICATE

I hereby certify that on this date, June 9, 2020, Defendant Linda Wall's Responses and Objections to Plaintiff Janet Jenkins's Second Set of Requests for Production were served on all counsel of record by email.

/s/ Adam S. Hochschild
Adam S. Hochschild
Hochschild Law Firm, LLC
PO Box 401
Plainfield, VT 05667
Phone: 314.503.0326
Email: adam@hochschildlaw.com

*Counsel for Defendant Linda Wall*

1