UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

JANET JENKINS, et al

Plaintiffs

v.                                                    Civil No. 2:12-cv-184-wks

KENNETH L. MILLER, et al

Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DISCOVERY CERTIFICATE

I hereby certify that on this date, June 9, 2020, Timothy Miller's Responses to Plaintiff Janet Jenkins' Second Set of Requests for production to All Defendants were served on all counsel of record by email.

Respectfully submitted,

Timothy D. Miller
By his attorneys,

WADLEIGH, STARR & PETERS, P.L.L.C.

By       /S/ Michael J. Tierney
Michael J. Tierney – VT Bar No. 5275
95 Market Street
Manchester, NH   03101
(603) 669-4140
mtierney@wadleighlaw.com

G:\D54500\54954\pleadings\Discovery Cert - Answers of Timothy Miller.6.9.20.docx