UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

JANET JENKINS, et al.                      )
         Plaintiffs,                      )
                          )
                          )     Docket No. 2:12-cv-184-wks
        v.                           )
                          )
KENNETH L. MILLER, et al.              )

## DEFENDANT KENNETH MILLER'S JOINDER IN DEFENDANTS LIBERTY COUNSEL AND RENA LINDEVALDSEN'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO ALL CLAIMS PLAINTIFF JANET JENKINS PURPORTS TO BRING AS NEXT FRIEND OF ISABELLA MILLER

NOW COMES, Defendant Kenneth L. Miller, by and through undersigned counsel, and hereby joins in Defendant Liberty Counsel and Rena Lindevaldsen's Motion For Partial Summary Judgment and incorporated Memorandum of Law (Doc. 495) and Statement of Material Facts In Support (Doc. 494). The Court should dismiss all claims which Plaintiff Janet Jenkins purports to bring as next friend on behalf of Isabella Miller.

DATED at Burlington, Vermont this 16th day of June, 2020.

                       /s/Brooks G. McArthur
                      Brooks G. McArthur, Esq.
                      Jarvis, McArthur & Williams

                      Attorney for Defendant, Kenneth L. Miller

JARVIS, McARTHUR
& WILLIAMS
ATTORNEYS AT LAW
UITE 2E – PARK PLAZA
95 ST. PAUL STREET
P. O. BOX 902
BURLINGTON, VT
05402-0902
802-658-9411