UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

JANET JENKINS, et al.,

                        Plaintiffs,

v.                                        No. 2:12-cv-184-WKS

KENNETH L. MILLER, et al.,

                        Defendants.

## DISCOVERY CERTIFICATE

I hereby certify that, on this date, Plaintiff Janet Jenkins's First Set of Requests for Admission to All Defendants and documents Bates stamped JENKINS22070–JENKINS22273, which were originally produced by Defendant Kenneth Miller without Bates stamps, were served on the following counsel of record by email:

    Richard Boyer
    Integrity Law Firm, PLLC
    rickboyerlaw@gmail.com
    *Counsel for Defendant Linda M. Wall*

    Anthony R. Duprey
    Neuse, Duprey & Putnam, PC
    anthony@ndp-law.com
    *Counsel for Defendants Liberty Counsel, Inc. and Rena M. Lindevaldsen*

    Roger K. Gannam
    Liberty Counsel
    rgannam@lc.org
    *Counsel for Defendants Liberty Counsel, Inc. and Rena M. Lindevaldsen*

    Adam S. Hochschild
    Hochschild Law Firm, LLC
    adam@hochschildlaw.com
    *Counsel for Defendant Linda M. Wall*

Brooks G. McArthur
Jarvis, McArthur & Williams, LLC
bmcarthur@jarvismcarthur.com
*Counsel for Defendant Kenneth L. Miller*

Horatio G. Mihet
Liberty Counsel
hmihet@lc.org
*Counsel for Defendants Liberty Counsel, Inc. and Rena M. Lindevaldsen*

Daniel Joseph Schmid
Liberty Counsel
dschmid@lc.org
*Counsel for Defendants Liberty Counsel, Inc. and Rena M. Lindevaldsen*

Norman C. Smith
Norman C. Smith, PC
norman@normansmithlaw.com
*Counsel for Defendant Linda M. Wall*

Michael J. Tierney
Wadleigh, Starr & Peters, PLLC
mtierney@wadleighlaw.com
*Counsel for Defendant Timothy D. Miller*

| | |
|---|---|
| June 18, 2020 | /s/ Diego A. Soto<br>Diego A. Soto<br>*Counsel for Plaintiff Janet Jenkins* |