UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| JANET JENKINS, *et al.*, <br> **Plaintiffs** <br><br> v. <br><br> KENNETH L. MILLER, *et al.*, <br> **Defendants.** | Docket No. 2:12-cv-184 |

### NOTICE

**COMES NOW**, Defendant Philip Zodhiates, *pro se*, pursuant to previous Orders of this Honorable Court and files this Notice to the Court and all Counsel, that he has retained out-of-state counsel who are now seeking to engage local counsel in compliance with the Local Rules of this Court. Counsel will make an Entry of Appearance as soon as either a) Local Counsel is secured; or, b) this Honorable Court otherwise relaxes the Rule pertaining to the Local Counsel requirement, whichever occurs first.

Respectfully submitted this 8th day of July, 2020.



_____

Philip Zodhiates, Petitioner *Pro Se*
18649-084, FCI Ashland
P.O. Box 6001
Ashland, KY 41105