UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

JANET JENKINS, et al.,

                Plaintiffs,

     v.                                     No. 2:12-cv-184-WKS

KENNETH L. MILLER, et al.,

                Defendants.

**STIPULATED PROTECTIVE ORDER**

The Parties stipulate and agree, and the Court orders, as follows:

1.    Defendant Lisa Miller's financial records shall be included in the definition of "Confidential Information" in paragraph 1 of the Court's November 18, 2019 Protective Order, ECF 410, and as such shall be fully subject to the provisions of that protective order.

AGREED TO BY:

September 16, 2020                      /s/ Frank H. Langrock
                                                     Frank H. Langrock
                                                     Langrock Sperry & Wool, LLP
                                                     111 S. Pleasant Street
                                                     P.O. Drawer 351
                                                     Middlebury, Vermont 05753-0351
                                                     Phone: (802) 388-6356
                                                     Fax: (802) 388-6149
                                                     Email: flangrock@langrock.com

                                                     Sarah Star
                                                     Sarah Star, PC
                                                     P.O. Box 106
                                                     Middlebury, Vermont 05753
                                                     Phone: (802) 385-1023
                                                     Email: srs@sarahstarlaw.com

                                                     Scott D. McCoy
                                                     Southern Poverty Law Center
                                                     P.O. Box 10788

Tallahassee, Florida 32302
Phone: (850) 521-3042
Fax: (850) 521-3001
Email: scott.mccoy@splcenter.org

Tyler Clemons
Southern Poverty Law Center
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Phone: (504) 526-1530
Fax: (504) 486-8947
Email: tyler.clemons@splcenter.org

Diego A. Soto
Maya G. Rajaratnam
Southern Poverty Law Center
400 Washington Avenue
Montgomery, Alabama 36104
Phone: (334) 956-8200
Fax: (334) 956-8481
Email: diego.soto@splcenter.org
Email: maya.rajaratnam@splcenter.org

*Counsel for Plaintiffs*
 *Janet Jenkins and Isabella Miller-Jenkins*

September 16, 2020                    /s/ Horatio G. Mihet[*]

Horatio G. Mihet
Roger K. Gannam
Daniel J. Schmid
Liberty Counsel
P.O. Box 540774
Orlando, Florida 32854
Phone: (407) 875-1776
Fax: (407) 875-0770
Email: hmihet@lc.org
Email: rgannam@lc.org
Email: dschmid@lc.org

Anthony R. Duprey
Duprey Law, PLLC
11 Main Street, Suite B110F
Vergennes, Vermont 05491
Phone: (802) 870-6563

|  |  |
|---|---|
|  | Email: anthony@dupreylaw.com |
|  | *Counsel for Defendants Liberty Counsel, Inc. and Rena M. Lindevaldsen* |
| September 16, 2020 | /s/ Michael R. Hirsh[*]<br>Michael R. Hirsh<br>Hirsh & Heuser, LLC<br>125 TownPark Drive, Suite 300<br>Kennesaw, Georgia 30144<br>Phone: (404) 713-4400<br>Email: mrhirsh@hirshandheuser.com |
|  | *Counsel for Defendants Philip Zodhiates, Victoria Hyden, and Response Unlimited, Inc.* |
| September 16, 2020 | /s/ Brooks G. McArthur[*]<br>Brooks G. McArthur<br>Jarvis, McArthur & Williams, LLC<br>95 St. Paul Street, Suite 2E<br>P.O. Box 902<br>Burlington, Vermont 05402-0902<br>Phone: (802) 658-9411<br>Fax: (802) 658-3551<br>Email: bmcarthur@jarvismcarthur.com |
|  | *Counsel for Defendant Kenneth L. Miller* |
| September 16, 2020 | /s/ Michael J. Tierney[*]<br>Michael J. Tierney<br>Wadleigh, Starr & Peters<br>95 Market Street<br>Manchester, New Hampshire 03101<br>Phone: (603) 669-4140<br>Fax: (603) 669-6018<br>Email: mtierney@wadleighlaw.com |
|  | *Counsel for Defendant Timothy D. Miller* |
| September 16, 2020 | /s/ Adam S. Hochschild[*]<br>Adam S. Hochschild<br>Hochschild Law Firm, LLC<br>P.O. Box 401<br>Plainfield, Vermont 05667<br>Phone: (314) 503-0326<br>Email: adam@hochschildlaw.com |

>Norman C. Smith
>Norman C. Smith, PC
>76 Lincoln Street
>P.O. Box 24
>Essex Junction, Vermont 05453-0024
>Phone: (802) 288-9088
>Fax: (802) 879-9640
>Email: norman@normansmithlaw.com
>
>Richard Boyer
>Integrity Law Firm, PLLC
>P.O. Box 10953
>Lynchburg, Virginia 24506
>Phone: (434) 401-2093
>Fax: (434) 239-3651
>Email: rickboyerlaw@gmail.com
>
>*Counsel for Defendant Linda M. Wall*

[*] By email on September 16, 2020, attorney Adam Hochschild, on behalf of all Defendants, gave express authority to file the document on behalf of all signatories. *See* Admin. P. J(2).

SO ORDERED:

| | |
|---|---|
| Date | William K. Sessions III, Judge<br>United States District Court |