NOTICE OF HEARING

---

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Janet Jenkins
Isabella Miller-Jenkins

     v.                                           Case No. 2:12-cv-184

Kenneth L. Miller et al


TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m., on, Monday, December 21, 2020, before Honorable William K. Sessions III, District Judge, for a Discovery Hearing via videoconference.

| | |
|---|---|
| Location: via videoconference | JEFFREY S. EATON, Clerk |
| | By: */s/ Lisa Wright* |
| | Deputy Clerk |
| | 12/1/2020 |


TO:

Diego A. Soto, Esq.                                    Court Reporter
Frank H. Langrock, Esq.
J. Tyler Clemons, Esq.
Maya G. Rajaratnam, Esq.
Sara Star, Esq.
Scott D. McCoy, Esq.

Brooks G. McArthur, Esq.
Michael R. Hirsh, Esq.
Adam S. Hochschild, Esq.
Norman C. Smith, Esq.
Richard Boyer, Esq.
Anthony R. Duprey, Esq.
Daniel J. Schmid, Esq.
Horatio G. Mihet, Esq.
Ritchie E. Berger, Esq.
Roger Gannam, Esq.