# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| JANET JENKINS, for herself and as next friend of ISABELLA MILLER-JENKINS, A/K/A ISABELLA MILLER,<br><div align="center">Plaintiffs</div><br>v.<br><br>KENNETH L. MILLER, LISA ANN MILLER, F/K/A LISA MILLER-JENKINS, TIMOTHY D. MILLER, RESPONSE UNLIMITED, INC., for itself and as an agent of LIBERTY COUNSEL, LLC, PHILIP ZODHIATES, individually and as agent for RESPONSE UNLIMITED, INC., VICTORIA HYDEN, f/k/a VICTORIA ZODHIATES, individually and as agent for both RESPONSE UNLIMITED, INC., LINDA M. WALL, MATHEW D. STAVER, individually and as agent for LIBERTY COUNSEL, LLC, RENA M. LINDEVALDSEN, individually and as agent for LIBERTY COUNSEL, LLC, and LIBERTY COUNSEL, LLC,<br><div align="center">Defendants</div> | Civil No. 2:12-cv-184-wks |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS WITH PREJUDICE

**COMES NOW** Isabella Miller, by and through her attorney, Deborah T. Bucknam, Esq. and hereby moves this Honorable Court to dismiss all claims by Isabella Miller/aka Isabella Miller-Jenkins, with prejudice, against all Defendants, pursuant to FRCP 41 (2). Attached hereto and incorporated herein in support of this Motion are the following:

1. Affidavit of Isabella Miller dated January 24, 2021. [Exhibit 1].

2. Affidavit of Isabella Miller dated January 25, 2021 [Exhibit 2]

3.  Certificate of Attorney Deborah T. Bucknam Esq.  [Exhibit 3].

Date: February 10, 2021

Respectfully submitted,
**ISABELLA MILLER**,
By her counsel,


/s/ Deborah T. Bucknam, Esq.
_____
Deborah T. Bucknam, Esq.
BUCKNAM LAW, P.C.
434 Eastman Road
Walden, Vermont 05836
(802) 748-5525
dbucknam@vtlegalhelp.com