

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| **JANET JENKINS,** *et al.,*<br>  **Plaintiffs** | ) ) ) | |
| **v.** | ) ) | **Docket No. 2:12-cv-184** |
| **KENNETH L. MILLER,** *et al.,*<br>  **Defendants.** | ) ) ) | |

### AFFIDAVIT OF ISABELLA MILLER

COMES NOW, Affiant who is also a Plaintiff in the above-captioned action and offers this my sworn Affidavit:

1. My name is Isabella Miller, sometimes referred to as Isabella Jenkins Miller in this litigation.

2. I am at least 18 years of age.

3. I have personal knowledge of the facts asserted in this Affidavit.

4. I offer this Affidavit freely and voluntarily.

5. I am not under any disability or impediment that would interfere with my ability to freely and voluntarily offer this Affidavit.

6. In September 2009 I left the United States with my mother, Lisa Miller.

7. At that time I travelled to Nicaragua where we lived.

8. I was shown tremendous kindness by many people.

9. My life from September 2009 until the present has been happy, safe, healthy, and I have been well cared for.

10. I remain outside the United States of my own free will.

11. If (and when) I desire to return to the United States I will do so.

12. I am operating under no financial or other impediment to voluntarily returning to the United States should I choose to do so.

13. I have been made aware of litigation that has been brought in my name in the U.S. District Court in the state of Vermont (Case #2:12-CV-184).

14. That litigation has been prosecuted by many attorneys, among them several lawyers who are employed by the Southern Poverty Law Center (SPLC).

Plaintiff Exhibit 1-1

15. All the lawyers who purport to represent me and my wishes are actingcontrary to my wishes and desires and in way to further a cause that is the exact opposite of what my desire and wishes as their client in fact are.

16. I want those people who claim to be my attorneys to cease their actions that are contrary to my wishes and desires.

17. I order and direct them to file all papers necessary to have me removed as a Plaintiff in this case.

18. Once I am dismissed from this action – whether through their effort, unilateral action of the Court, or the result of any filing from any party – I summarily and without equivocation fire, terminate, and discharge SPLC and all attorneys who have appeared ostensibly on my behalf in this litigation from taking any further action in my name.

19. I authorize any attorneys for the Defendants in this case to utilize this Affidavit in the best interest of your clients.

20. Contemporaneously with this Affidavit, I am also executing a full, unconditional, global, total Release for the benefit of each of the Defendants in this lawsuit together with my deepest appreciations for whatever they did or might have done or didn't do that has helped me to have a happy and safe life.


**FURTHER THE AFFIANT SAYETH NAUGHT.**

*Isabella Miller*
Isabella Miller
Date:


Sworn and subscribed before me this __25__ day of __January__, 20 __21__.


_____
Notary

Peter Ritter
Consular Officer
COMMISSION:
Indefinite 22 USC Sec 110

REPUBLIC OF NICARAGUA
CITY OF MANAGUA
EMBASSY OF THE UNITED
STATES OF AMERICA


Plaintiff Exhibit 1-2