

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF VERMONT

JANET JENKINS, *et al.*,    )
     **Plaintiffs**    )
v.    )     **Docket No. 2:12-cv-184**
         )
KENNETH L. MILLER, *et al.*,    )
     **Defendants.**    )

### AFFIDAVIT OF ISABELLA MILLER

Affiant Isabella Miller, solemnly affirm and state as follows:

1.  My name is Isabella Miller, sometimes referred to as Isabella Jenkins Miller in the above litigation.  I am now over 18 years of age.

2.  I am not under any disability, duress or impediment.  Nothing is interfering with my ability to freely and voluntarily offer this Affidavit.  I do so freely and voluntarily.  I remain outside the United States of my own free will, but I have access to U.S. Courts.

3.  I want Janet Jenkins removed as my representative and all attorneys, including but not limited to Sarah Starr, Scott McCoy, Tyler Clemons, Diego A. Soto, Frank H. Langrock, Jessica L Stone, Maya G. Rajaratnam and any attorneys working with them, discharged and withdrawn as my attorney and I further object to their representing any other person in this matter after having access to my personal information..

4.  If (and when) I desire to return to the United States I will do so.

5.  I have been made aware of litigation that has been brought in my name in the U.S. District Court in the state of Vermont (Case #2:12-CV-184).  That litigation has been prosecuted by many attorneys, among them several lawyers who are employed by the Southern Poverty Law Center (SPLC).

6.  I have contacted Attorney Vincent F. Heuser, Jr., of Louisville, Kentucky, to enable my access to the U.S. Courts and I have instructed him that I do not want my personal appearance entered, but I want the claims made in this case on my behalf dismissed.

7.  All the lawyers who purport to represent me, except Vincent F. Heuser, Jr., are acting contrary to my wishes and desires and in way to further a cause that is the opposite of what my desire and wishes as their client in fact are.  I do not want the claims in this case continued on my behalf.

IRM

8.  I want those people who claim to be my attorneys to cease their actions that are contrary to my wishes and desires.  I request, order and direct that I be dismissed and removed as a Plaintiff in this case.


**FURTHER THE AFFIANT SAYETH NAUGHT.**


_Isabella Miller_
Isabella Miller
Date:

**ACKNOWLEDGEMENT**

**COUNTRY OF NICARAGUA**                    )
                                            ) ss
                                            )

I, a notary public, in and for __Managua__ Nicaragua, do hereby certify that before me this _26_ day of _January_ , 20 _21_ , the foregoing was subscribed, acknowledged as her free act and deed, and affirmed by Isabella Miller, who appeared to be under no duress and who identified herself to me by:

_Harling Carmelo Bobadilla Treminio_
Notary

My Commission Expires: _August twenty two , 2021_
_ID. Nº C.S.J. 15.212_


THIS INSTRUMENT PREPARED BY:

_Vincent F. Heuser, Jr., Attorney_
Vincent F. Heuser, Jr., Attorney
Heuser Law Office
3600 Goldsmith Lane
Louisville, KY  40220
(502) 458-5879



## AUTÉNTICA DE FIRMAS

Ante mí **Harling Carmelo Bobadilla Treminio**, Abogado y Notario Público de la República de Nicaragua, debidamente autorizado por la Corte Suprema de Justicia para cartular en un quinquenio que expira el día veintitrés de agosto del dos mil veinticinco. **CERTIFICO Y DOY FE** que la firma que antecede fue puesta en mi presencia y es la que usa en su documento de identidad pasaporte de los Estados Unidos de América No. 720594835 , Documento que firma de su libre y espontánea voluntades. Documento que tuve a la vista, con el cual lo cotejé debidamente.- certifico y sello en la ciudad de Managua Nicaragua a las nueve y quince  minutos de la mañana del día veintiséis de enero del dos mil veintiuno.==============

*Harling Carmelo Bobadilla Treminio*
*Abogado y Notario Público*
*Carnet C.S.J. 15212.*







REPUBLICA DE NICARAGUA
Corte Suprema de Justicia

HARLING CARMELO
BOBADILLA TREMINIO
Abogado y Notario Público
Cédula 001-160774-0078F
Carné No. 15212

Secretario