## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                               *
JANET JENKINS, for herself and as              *
next friend of ISABELLA MILLER-                *
JENKINS, A/K/A ISABELLA                        *
MILLER,                                        *
                        Plaintiffs             *
                                               *
v.                                             *      Civil No. 2:12-cv-184-wks
                                               *
KENNETH L. MILLER, LISA ANN                    *
MILLER, F/K/A LISA MILLER-                     *
JENKINS, TIMOTHY D. MILLER,                    *
RESPONSE UNLIMITED, INC., for itself *
and as an agent of LIBERTY COUNSEL, *
LLC, PHILIP ZODHIATES, individually *
and as agent for RESPONSE UNLIMITED, *
INC., VICTORIA HYDEN, f/k/a                    *
VICTORIA ZODHIATES, individually               *
and as agent for both RESPONSE                 *
UNLIMITED, INC., LINDA M. WALL,                *
MATHEW D. STAVER, individually and *
as agent for LIBERTY COUNSEL, LLC, *
RENA M. LINDEVALDSEN, individually *
and as agent for LIBERTY COUNSEL, *
LLC, and LIBERTY COUNSEL, LLC,                 *
                        Defendants             *
                                               *
* * * * * * * * * * * * * * * * * * * * * * * *
```

### ATTORNEY CERTIFICATE

**COMES NOW** Deborah T. Bucknam, Esq., and hereby certifies to this Honorable Court as follows:

I have directly communicated with my client, Isabella Miller, and have verified with her that the affidavits signed by her dated January 25, 2021 and January 26, 2021, (Plaintiff Isabella Miller's Exhibits 1 and 2) accurately reflect her wishes concerning the prosecution of this matter.

Date: February 10, 2021

Respectfully submitted,
**ISABELLA MILLER**,
By her counsel,

/s/ Deborah T. Bucknam, Esq.
_____

Deborah T. Bucknam, Esq.
BUCKNAM LAW, P.C.
434 Eastman Road
Walden, Vermont 05836
(802) 748-5525
dbucknam@vtlegalhelp.com