UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| JANET JENKINS, *et al.*, ) | |
|     Plaintiffs ) | |
| ) | |
| v. ) | Docket No. 2:12-cv-184 |
| ) | |
| KENNETH L. MILLER, *et al.*, ) | |
|     Defendants. ) | |

## MOTION FOR LEAVE OF ABSENCE

COMES NOW MICHAEL HIRSH, Counsel for Defendants Philip Zodhiates, Victoria Hyden, and RUL, Inc., and respectfully files this Motion for Leave of Absence and moves this Honorable Court to grant this Motion, signing the tendered order for the following periods:

    From May 29th through May 31st, 2021 for a son's wedding;

    From July 1st through July 6th, 2021 for a daughter's wedding; and,

    From July 17th through July 27th, 2021 for family vacation.

Respectfully submitted this 24th day of March, 2021.

**Hirsh Law Office, LLC**


/s/Michael R. Hirsh
Michael R. Hirsh, GBN 357220
2295 Towne Lake Parkway
Suite 116-181
Woodstock, GA  30189
678-653-9907
*Counsel for Defendants Philip Zodhiates, Victoria Hyden, and Response Unlimited, Inc.*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| JANET JENKINS, *et al.*, )<br>    Plaintiffs )<br>)<br>v. )<br>)<br>KENNETH L. MILLER, *et al.*, )<br>    Defendants. ) | Case No. 2:12-cv-184 |

**ORDER**

Attorney Michael Hirsh, Counsel for Defendants Philip Zodhiates, Victoria Hyden, and RUL,Inc. has filed a motion to take a leave of absence to attend to personal matters.

Movant's Motion for Leave for the periods May 29th through May 31st, 2021; July 1st through July 6th, 2021; and, July 17th through July 27th is hereby **GRANTED**.

DATED at Burlington, in the District of Vermont, this _____ day of _____, 2021.

                                                                                   _____
                                                                                     William K. Sessions III
                                                                                     U.S. District Court Judge