# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF VERMONT

|  |  |  |
|---|---|---|
| JANET JENKINS, ET AL., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Case No. 2:12-cv-184 |
| | : | |
| KENNETH L. MILLER ET AL., | : | |
| | : | |
| Defendants. | : | |

## ORDER RE: MOTION TO STAY ALL DISCOVERY SCHEDULE/ORDER DEADLINES, MOTION FOR EXTENSION FO TIME TO SERVE DEFENDANT LISA MILLER, AND MOTION FOR AN ORDER THAT SERVICE BE MADE BY A UNITED STATES MARSHAL

(ECF Nos. 638, 639)

The Court **denies** Plaintiff Janet Jenkins' motion to stay all discovery deadlines until Lisa Miller is served, ECF No. 638, and the Court **denies** as moot Janet Jenkins' motion for extension of time to serve Lisa Miller and for an order that service be made by a United States Marshal, ECF No. 639. The Court also **orders** that the discovery deadlines be extended by 61 days from the date of this order to account for the delay caused by the disqualification motions.

DATED at Burlington, in the District of Vermont, this 26th day of March, 2021.

/s/ William K. Sessions III
William K. Sessions III
U.S. District Court Judge