UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| JANET JENKINS,              )<br>                             )<br>     Plaintiff,            )<br>                             )<br>v.                           )    Docket No. 2:12-cv-184<br>                             )<br>KENNETH L. MILLER, *et al.*, )<br>                             )<br>     Defendants.           )| |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF LISA MILLER, OR ALTERNATIVE JOINT MOTION TO DISMISS MILLER WITHOUT PREJUDICE**

COMES NOW Plaintiff Janet Jenkins, by and through her undersigned counsel, and Defendant Lisa Miller, by and through her undersigned counsel, and jointly stipulate and agree that this action as to Defendant Lisa Miller is dismissed without prejudice, or in the alternative, Jenkins and Miller hereby move the Court for an order dismissing Miller from the case without prejudice. As between Jenkins and Miller, they agree that each party is to bear their own costs, expenses, and attorneys' fees.

Dated:

3/15/23

/s/ _____
Sarah Star, Esq.
Sarah Star, PC
P.O. Box 106
Middlebury, VT 05753
Telephone: (802) 385-1023
Email: srs@sarahstarlaw.com
Counsel for Plaintiff Janet Jenkins

AND

/s/ Anthony J. Biller
Envisage Law
2601 Oberlin Road, Suite 100
Raleigh, North Carolina 27608

Telephone: (919) 755-1317
Facsimile: (919) 782-0452
Email: ajbiller@envisage.law
Counsel for Defendant Lisa Miller

/s/Duncan F. Kilmartin
P.O. Box 10
Newport, Vermont 05855
802-334-7386
rexkilvt@together.net
Local Counsel for Defendant Lisa Miller