```
                UNITED STATES DISTRICT COURT
                         FOR THE
                    DISTRICT OF VERMONT


JANET JENKINS                       :
                                    :
          v.                        :    Case No. 2:12-cv-184
                                    :
KENNETH L. MILLER ET. AL.,          :
                                    :
          Defendants.               :
```

## FINAL MODIFIED DISCOVERY SCHEDULE / ORDER

The discovery schedule/order is hereby amended as follows:

1. **Deadline to Complete Discovery.**

All discovery shall be completed on or before April 15, 2024.

2. **Interrogatories and Requests for Production.**

The parties shall serve all non-party subpoenas and party interrogatories and requests for production no later than February 28, 2024.

3. **Requests for Admission.** The parties shall serve all requests for admission no later than the close of discovery, and they shall be answered within the time provided under the civil rules, notwithstanding the close of discovery.

4. **Additional Expert Reports.**

Any party may serve additional expert reports no later than 90 days before the close of discovery.  Reports of experts

1

rebutting any new expert report shall be served no later than 60 days before the close of discovery.

5. **Depositions.** Depositions of all witnesses shall be completed by the deadline to complete all discovery. Without agreement of the parties or prior leave of Court, Plaintiff is entitled to take the deposition of each Defendant, ten nonparty fact witnesses, and any expert witnesses that Defendants may disclose, and Defendants are entitled to take the deposition of Plaintiff, ten nonparty fact witnesses, and any expert witnesses Plaintiff may disclose. *See* Op. & Order, ECF 450. These limits are inclusive of, not in addition to, the depositions that have already been taken in this case.  Any party may notice an in-person or remote deposition.  The party noticing an in-person deposition will arrange for an optional telephone, video telephone, or other remote means for the parties, counsel of record, or counsel's staff to listen to or participate in the deposition.  The party noticing a remote deposition will work cooperatively with other counsel and parties who may wish to attend such deposition in person, at their own expense.

6. **Motions**. Motions, including summary judgment motions but excluding motions relating to the conduct of trial, shall be filed on or before May 15, 2024.

7. **Trial**. This case shall be ready for trial on or before September 1, 2024.

DATED at Burlington, in the District of Vermont, this 17th day of October, 2023.

                                                 /s/ William K. Sessions III
William K. Sessions III
District Court Judge