UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

JANET JENKINS,

                Plaintiff,

    v.

KENNETH L. MILLER, *et al.*,

                Defendants.

No. 2:12-cv-184-WKS

**DISCOVERY CERTIFICATE**

I hereby certify that, on this date, Plaintiff Janet Jenkins's production of documents Bates stamped JENKINS30137–JENKINS30497 was served on the following parties by the following means:

Anthony R. Duprey
anthony@ndp-law.com
*Counsel for Defendants Liberty Counsel, Inc. and Rena Lindevaldsen*

Daniel J. Schmid
dschmid@lc.org
*Counsel for Defendants Liberty Counsel, Inc. and Rena Lindevaldsen*

Horatio G. Mihet
hmihet@lc.org
*Counsel for Defendants Liberty Counsel, Inc. and Rena Lindevaldsen*

Linda Wall
lindamwall@protonmail.com
*Defendant*

Michael J. Tierney
mtierney@wadleighlaw.com
*Counsel for Defendant Timothy Miller*

Michael R. Hirsh
michael@hirsh.law
*Counsel for Defendants Response Unlimited, Inc., Philip Zodhiates, and Victoria Hyden*

Robert J. Kaplan
rkaplan@kaplanlawvt.com
*Counsel for Defendant Kenneth Miller*

1

December 26, 2023                             /s/ Diego A. Soto
                                                       Diego A. Soto

*Counsel for Plaintiff Janet Jenkins*