UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| JANET JENKINS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH L. MILLER, *et al.*,<br><br>　　　　　　　Defendants. | No. 2:12-cv-184-WKS |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS
LIBERTY COUNSEL, INC. AND RENA M. LINDEVALDSEN'S
INSTANTER MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT**

Defendants Liberty Counsel, Inc. and Rena M. Lindevaldsen (together, the "LC Defendants") seek to file reply briefs that exceed the Court's page limit by an eye-popping 125 pages. *See* ECF 882. Combined, the LC Defendants' replies total 145 pages—more than double the length of Plaintiff's 64-page omnibus opposition to which they are replying. *Compare* ECF 880, 881, *with* ECF 868. Plaintiff would not have opposed a more modest request to file 40 total pages of reply briefing, but the LC Defendants' request is unjustified, plainly excessive, and unduly burdensome to both the Court and the parties. The Court should deny their motion.

The LC Defendants advance no good cause to so extraordinarily exceed the Court's 10-page limit for reply memoranda. Although the LC Defendants note that Plaintiff received leave to exceed the page limit for her opposition brief, *see* ECF 882 at ¶ 3, they fail to mention that this extension was only necessary because of the LC Defendants' enormous and largely duplicative opening briefs totaling 163 pages. *See* ECF 832, 854. And the Local Rules provide for reply briefs less than half the length of opposition briefs—there is no reason why the LC Defendants should be permitted to file replies that more than double the opposition. *See* L.R. 7(a)(4)-(5).

Plaintiff therefore respectfully requests that the Court deny the LC Defendants' motion and require them to refile briefs of at most 40 combined pages.

Respectfully submitted.

September 16, 2024

/s/ *Lina Bensman*
Lina Bensman
Patrick C. Swiber
Miranda R. Herzog
Andrew N. O'Connor
Roman A. Gierok
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
(212) 225-2000
(212) 225-3999 (fax)
lbensman@cgsh.com
pswiber@cgsh.com
mherzog@cgsh.com
andoconnor@cgsh.com
rgierok@cgsh.com

Lisa B. Shelkrot
LANGROCK SPERRY & WOOL, LLP
210 College Street, Suite 400
Burlington, Vermont 05401
(802) 864-0217
lshelkrot@langrock.com

Sarah Star
SARAH R. STAR, ESQ.
ATTORNEY AND COUNSELOR AT LAW, P.C.
P.O. Box 106
Middlebury, Vermont 05753
(802) 385-1023
sarahstar.esq@gmail.com

Scott D. McCoy
SOUTHERN POVERTY LAW CENTER
2 South Biscayne Boulevard, Suite 3750
Miami, Florida 33131
(334) 224-4309
(786) 237-2949 (fax)
scott.mccoy@splcenter.org

Aaron S. Fleisher*
SOUTHERN POVERTY LAW CENTER
1101 17th Street Northwest, Suite 705
Washington, DC 20036
(202) 536-9719
(202) 971-9205 (fax)
aaron.fleisher@splcenter.org
* *Not admitted to practice law in DC*

Diego A. Soto
Jessica L. Stone
SOUTHERN POVERTY LAW CENTER
150 East Ponce de Leon Avenue, Suite 340
Decatur, Georgia 30030
(404) 221-5837
(404) 221-5857 (fax)
diego.soto@splcenter.org
jessica.stone@splcenter.org

*Counsel for Plaintiff Janet Jenkins*