UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Janet Jenkins, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|  v. | )   Case No. 2:12-cv-184 |
| | ) |
| Kenneth L. Miller, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

    The Court has conducted an *in camera* review of documents submitted pursuant to its Opinion and Order dated June 26, 2024 (ECF No. 840). As a result of that review, the Court finds that Plaintiff is not entitled production of additional documents identified in her motion to compel beyond those already revealed in discovery.

    DATED at Burlington, in the District of Vermont, this 31st day of March 2025.

                                         /s/ William K. Sessions III
                                         William K. Sessions III
                                         U.S. District Court Judge